UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2410-CAS(FFMx) | Date | October 30, 2009 |
|---|---|---|---|
| Title | *CARLOS DELGADO v. LITTON LOAN SERVICING, LP, ETC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than <u>**November 16, 2009**</u> why this action should not be dismissed for lack of prosecution **as to defendants LITTON SERVICING, LP; and QUALITY LOAN SERVICES CORP.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons on First Amended Complaint and First Amended Complaint on **defendant QUALITY LOAN SERVICES CORP.**; and

1) An Answer to the First Amended Complaint by **defendant LITTON LOAN SERVICING, LP,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |